UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.                                                                   CIVIL ACTION NO. 3:22-CV-512-DPJ-ASH

$46,852.34 IN FUNDS FROM                                                                    DEFENDANT
SUNTRUST BANK ACCOUNT
X6896, HELD IN THE NAME OF
YUSUF MOREN

ORDER

This matter is before the Court on the Government's motion to extend the current stay of proceedings [8]. The Government argues that a continuance of the stay is appropriate under 18 U.S.C. § 981(g)(1). That statute provides: "Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case." The Court agrees that civil discovery, if allowed to proceed concurrently with the related criminal case, will have an adverse effect on the prosecution of the criminal case. So a stay is warranted, and the Court grants the Government's motion. The Government is ordered to file a status report concerning the related criminal case, and the propriety of a continued stay, within fourteen days of resolution of the associated criminal action.

That being said, now that the indictments in the criminal case have been unsealed, the Court questions whether this matter should be unsealed and whether it should be served, even if it remains stayed, on the claimants. The Government is, therefore, ordered to show cause why this case should remain sealed and, if unsealed, why it should not be served during the pendency of the stay. The Government is ordered to file its response to this Order by December 4, 2025.

**SO ORDERED AND ADJUDGED** this the 20th day of November, 2025.

2

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE